| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Kenneth Michaels<br>Regina Michaels | |

Case Number:     12-30063

Chapter:     13

Judge:     Gravelle

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Kenneth Michaels & Regina Michaels
       Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: 3/5/2018                   JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*