UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF PETER E. ZIMNIS
Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor(s)

In Re:

KENNETH MICHAELS
REGINA MICHAELS
    Debtors

**Order Filed on June 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CHAPTER 13

CASE NO. 12-30063

ADV NO.

HEARING DATE

JUDGE Christine Gravelle

### ORDER AVOIDING SECOND MORTGAGE OF BNB BANK

The relief set forth on the following pages, is hereby ORDERED

**DATED: June 22, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

|   |   |
|---|---|
| Debtor: | Kenneth Michaels and Regina Michaels |
| Case No. | 13-35500/KCF |
| Caption of Order: | Order Cramming Down Wholly Unsecured Mortgage of BNB Bank |

At Trenton in the said District

This matter being opened to the Court by Peter E. Zimnis, attorney for the debtor(s), Kenneth Michaels and Regina Michaels, Peter E. Zimnis, Esq. appearing and the Court having considered the pleadings and proofs submitted, and argument of counsel if any;

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is ORDERED AND ADJUDGED as follows, to wit:

1. The Value of the interest of BNB Bank in the real estate is $0.00.

2. The allowed secured claim of BNB Bank is $0.00 pursuant to 11 U.S.C. § 506(a) and 11 U.S.C. § 1322(b) (2) with the claim allowed as an unsecured claim only. The total amount of this claim shall be treated and paid in the same manner as other unsecured claims. Upon completion of plan and discharge of debtor the provisions of paragraphs 3-6 shall take effect.

3. This Order shall be filed with the Clerk of the Mercer County Clerk's office who shall cancel and/or discharge the mortgage in the land records of this state located in the Books and Records of the Mercer County Recorders Office. This mortgage was originally recorded in the Mercer County Clerk's Office in Book Number 10073 Page Number 423.

4. The mortgage held by BNB Bank shall be deemed canceled, discharged and of no effect.

5. That in the event BNB Bank or its assignee fails to take all necessary steps to release, cancel, and/or discharge the mortgage given to it by the debtors, then this obligation, given by the debtor(s) to BNB Bank or its assignor shall be deemed paid and satisfied through the debtor's Chapter 13 proceeding.

    6.  The county recording office is hereby ordered to cancel this mortgage of record upon payment of the applicable cancellation/discharge fee by the debtor/mortgager.

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Michaels  
Regina Michaels  
       Debtors

Case No. 12-30063-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 22, 2018  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.  
db        +Kenneth Michaels,    400 Beechwood Ave,    Ewing, NJ 08618-2524  
jdb       #+Regina Michaels,    400 Beechwood Ave,    Ewing, NJ 08618-2524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John    Zimnis    on behalf of Debtor Kenneth    Michaels njbankruptcylaw@aol.com.  
       John    Zimnis    on behalf of Joint Debtor Regina    Michaels njbankruptcylaw@aol.com.  
       Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC NJ_ECF_Notices@buckleymadole.com  
       R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
       R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
       Ryan A. Gower    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 bkecf@milsteadlaw.com  
       William M.E. Powers    on behalf of Creditor    Aurora Financial Group, Inc. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Aurora Financial Group, Inc. ecf@powerskirn.com  
                                            TOTAL: 12