UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Rd
Trenton, NJ 08619
609-581-9353
Attorney for Debtors

Order Filed on August 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KENNETH MICHAELS
REGINA MICHAELS

Case Number:    12-30063

Hearing Date:

Judge:    Christine Gravelle

Chapter:    13

Recommended Local Form:    X Followed    Modified

## ORDER TO AVOID LIENS IN A CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. SECTION 522(f)

The relief set forth on the following pages, numbered 2 through 2 is hereby ORDERED

DATED: August 26, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:            Kenneth Michaels and Regina Michaels
Case No.           12-30063
Caption of Order:  Order Voiding Lien Under Section 522(f)

At Trenton in the said District

This matter being opened to the Court by the debtor(s) on a Motion to Avoid Judicial Lien(s) on the properties located at 400 Beechwood Ave., Ewing New Jersey and 17 General Greene, Ewing, New Jersey as well as stock and business assets of Kenneth Michaels Electrical Contractors Inc., and it hereby

ORDERED that the following judicial lien(s) are avoided:

a. The lien held by BNB National Bank bearing docket Number L-1933-12 and/or J 37321-13 is hereby vacated pursuant to Bankruptcy Code Section 522(f).

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

2