UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Rd
Trenton, NJ 08619
609-581-9353
Attorney for Debtors

Order Filed on August 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KENNETH MICHAELS
REGINA MICHAELS

Case Number: __12-30063__

Hearing Date: _____

Judge: __Christine Gravelle__

Chapter: 13

Recommended Local Form:    X Followed    ☐ Modified

ORDER TO AVOID LIENS IN A CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. SECTION 522(f)

The relief set forth on the following pages, numbered _2_ through _2_ is hereby ORDERED

**DATED: August 26, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:            Kenneth Michaels and Regina Michaels
Case No.           12-30063
Caption of Order:  Order Voiding Lien Under Section 522(f)

At Trenton in the said District

This matter being opened to the Court by the debtor(s) on a Motion to Avoid Judicial Lien(s) on the properties located at 400 Beechwood Ave., Ewing New Jersey and 17 General Greene, Ewing, New Jersey as well as stock and business assets of Kenneth Michaels Electrical Contractors Inc., and it hereby

ORDERED that the following judicial lien(s) are avoided:

a. The lien held by BNB National Bank bearing docket Number L-1933-12 and/or J 37321-13 is hereby vacated pursuant to Bankruptcy Code Section 522(f).

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-30063-CMG
Kenneth Michaels                                                        Chapter 13
Regina Michaels
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 27, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db             +Kenneth Michaels,    400 Beechwood Ave,    Ewing, NJ 08618-2524
jdb            #+Regina Michaels,    400 Beechwood Ave,    Ewing, NJ 08618-2524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-25 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John    Zimnis    on behalf of Debtor Kenneth  Michaels njbankruptcylaw@aol.com.
              John    Zimnis    on behalf of Joint Debtor Regina  Michaels njbankruptcylaw@aol.com.
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-25 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Ryan A. Gower    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25
               bkecf@milsteadlaw.com
              William M.E. Powers    on behalf of Creditor    Aurora Financial Group, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Aurora Financial Group, Inc. ecf@powerskirn.com
                                                                                                 TOTAL: 12